IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACY C. SHEPPARD, A/K/A CAMILLE SHEPPARD,<br><br>    Plaintiff,<br><br>v.<br><br>DELAWARE LIFE INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:24-cv-03283-SEG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tracy C. Sheppard a/k/a Camille Sheppard and Defendant Delaware Life Insurance Company, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action, with each party to bear his or its own attorneys' fees and costs.

Respectfully submitted, this 4th day of March, 2025.

/s/ Richard R. Edwards
Richard R. Edwards
Georgia Bar No. 241525
randy@cochranedwardslaw.com
Cochran & Edwards, LLC
2950 Atlanta Rd, SE
Smyrna, GA 30080
Tel: (770) 435-2131

*Attorneys for Plaintiff*

-2-

*/s/ Jeffrey J. Costolnick*
Jeffrey J. Costolnick
Georgia Bar No. 637168
jeffrey.costolnick@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Ninety One Peachtree Tower
191 Peachtree Street, NE, Suite 4800
Atlanta, Georgia 30303
Telephone: (404) 881-1300
Facsimile: (404) 870-1732

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACY C. SHEPPARD, A/K/A CAMILLE SHEPPARD,<br><br>    Plaintiff,<br><br>v.<br><br>DELAWARE LIFE INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:24-cv-03283-SEG |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2025, I caused to be electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record. Parties may access this filing through the court's CM/ECF System.

                                                     */s/ Richard R. Edwards*
                                                     Richard R. Edwards
                                                     Georgia Bar No. 241525